NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

SCIELE PHARMA INC. (NOW KNOWN AS
SHIONOGI PHARMA INC.), ANDRX
CORPORATION, ANDRX PHARMACEUTICALS
INC. (DOING BUSINESS AS WATSON
LABORATORIES INC. – FLORIDA), ANDRX
PHARMACEUTICALS L.L.C., ANDRX
LABORATORIES (NJ) INC., ANDRX EU LTD., AND
ANDRX LABS L.L.C.,
*Plaintiffs-Appellees,*

v.

LUPIN LTD. AND LUPIN PHARMACEUTICALS
INC.,
*Defendants-Appellants,*

AND

MYLAN INC. AND MYLAN PHARMACEUTICALS
INC.,
*Defendants.*

---

2012-1118

---

Appeal from the United States District Court for the District of Delaware in consolidated case no. 09-CV-0037, Judge Robert B. Kugler.

---

## ON MOTION

Before LINN, *Circuit Judge*.

## ORDER

Lupin Ltd. et al. submit a motion for a stay, pending appeal, of the preliminary injunction entered by the United States District Court for the District of Delaware on December 6, 2011. Lupin also moves to expedite the appeal. Lupin states that the appellees oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The appellees are directed to respond to the motion for a stay no later than 5:00pm on January 9, 2012. Lupin's reply is due no later than January 13, 2012.

(2) The motion for expedited briefing on the merits is granted to the extent that Lupin's opening brief is due within seven days from the date of filing of this order, the appellees' response brief is due within twenty-one days from the date of service of Lupin's opening brief, and Lupin's reply brief is due within seven days from the date of service of the appellees' response brief. Expedited service should be used for the briefs.

|  |  |
|---|---|
| DEC 2 9 2011 | FOR THE COURT |
|  | /s/ Jan Horbaly |
| Date | Jan Horbaly |
|  | Clerk |

cc: Douglass C. Hochstetler, Esq.
    David B. Bassett, Esq.
    Mary B. Matterer, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 9 2011

JAN HORBALY
CLERK